UNITED STATES of America, Plaintiff–Appellee,

v.

**Jesse LAWS, Defendant–Appellant.**

**No. 06–30456.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 6, 2008.

Marcia Good Hurd, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Wendy L. Holton, Esq., Helena, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

MEMORANDUM **

Jesse Laws appeals from the conviction and 108–month sentence imposed following his guilty-plea conviction for receiving and possessing child pornography, in violation of 18 U.S.C. § 2252A. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for reasonableness, *United States v. Booker*, 543 U.S. 220, 261, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Laws contends that his sentence is unreasonable because the district court did not expressly discuss the mitigating evidence he submitted during the sentencing hearing. We conclude that the sentence is reasonable because the district court, guided by the factors set forth in 18 U.S.C. § 3553(a), explained how the evidence in the record led it to the sentence it ultimately imposed. *See Gall v. United States*, —— U.S. ——, 128 S.Ct. 586, 594–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.